# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ANDREW LORENZO JACKSON,**         **CASE NO. 2:05-cv-387**
                                    **CRIM. NO. 2:04-cr-041**
                                    **JUDGE GRAHAM**
     **Petitioner,**               **MAGISTRATE JUDGE KEMP**

v.

**UNITED STATES OF AMERICA,**

     **Respondent.**

## OPINION AND ORDER

On January 4, 2006, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255 be dismissed. Petitioner has filed objections to the Magistrate Judge's *Report and Recommendation.* Doc. No. 32. Petitioner objects to all of the Magistrate Judge's recommendations and conclusions. Petitioner again raises all of the same arguments that were previously presented.

Pursuant to 28 U.S.C. 636(b)(1), this Court has conducted a *de novo* review of those portions of the *Report and Recommendation* objected to by petitioner. For the reasons discussed at length in the Magistrate Judge's *Report and Recommendation,* petitioner's objections are **OVERRULED**.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

     **IT IS SO ORDERED.**

                                                s/James L. Graham
                                                JAMES L. GRAHAM
                                                United States District Judge

DATE: January 31, 2006